IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FRANKIE HAGER and
HELEN HAGER,

    Plaintiffs,

v.                                                  Civil Action No. 5:05CV129
                                                                                (STAMP)

DAMIEN GRAHAM and
SAFE AUTO INSURANCE CO.,

    Defendants.

## **ORDER GRANTING SAFE AUTO INSURANCE COMPANY'S MOTION TO STAY**

     On July 5, 2007, defendant, Safe Auto Insurance Company, filed a motion to stay the above-styled civil action pending resolution of the plaintiffs' claims against defendant, Damien Graham, in the Circuit Court of Ohio County, West Virginia. No response was filed. On July 9, 2007, a status conference was held. At the status conference, the plaintiffs stated that they do not oppose the motion to stay. Accordingly, Safe Auto Insurance Company's unopposed motion to stay is GRANTED and it is ORDERED that this action be STAYED.

     It is further ORDERED that the parties file a status report with this Court with regard to the progress of the state court action on or before **January 9, 2008**, if this action or the state court action is not resolved before that time. If either this action or the state court action is resolved, the parties are DIRECTED to advise this Court within ten days of resolution.

     IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:   July 9, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE