IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FRANKIE HAGER and
HELEN HAGER,

    Plaintiffs,

v.                                    Civil Action No. 5:05CV129
                                                  (STAMP)

DAMIEN GRAHAM and
SAFE AUTO INSURANCE CO.,

    Defendants.

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

On September 11, 2007, Kerrie Wagoner Boyle and P. Gregory Haddad, of Bailey & Glasser, L.L.P., filed a motion to withdraw as counsel for defendant Safe Auto Insurance Co. The plaintiffs did not file a response. For good cause shown, defense counsel's motion is GRANTED.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    September 25, 2007

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE